UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(at Knoxville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3: 13-09-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| ROCKY JOE HOUSTON, | ) | **MEMORANDUM ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of *pro se* Defendant Rocky Joe Houston's second motion for recusal of the undersigned pursuant to 28 U.S.C. § 455. [Record No. 63] The defendant's current motion is an exact duplicate of his first motion for recusal filed on May 21, 2013. [Record No. 60] On May 24, 2013, the Court denied that motion, finding it to be wholly frivolous and completely without merit. [Record No. 61] Apparently unsatisfied with the Court's prior ruling, the defendant has decided to re-file the same exact motion. [Record No. 63] However, for the same reasons contained in the Court's May 24, 2013 Memorandum Opinion and Order, the defendant's second motion for recusal of the undersigned will be denied. Accordingly, it is hereby

**ORDERED** that Defendant Rocky Joe Houston's second motion for the undersigned to recuse from further proceedings in this case [Record No. 63] is **DENIED**. His request for a hearing on the issue is also **DENIED**.

-1-

This 6th day of June, 2013.



Signed By:
*Danny C. Reeves*   DCR
United States District Judge