UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| *Plaintiff*, | ) | |
| v. | ) | No. 3:13-cr-9 |
| | ) | Reeves/Shirley |
| ROCKY JOE HOUSTON, | ) | |
| *Defendant*. | ) | |

## Memorandum Opinion and Order

Before the Court is Rocky Houston's motion for reconsideration. [D. 279]. The Court previously denied his motion for return of property because he did not prove that the Government had it. Houston now asks the Court to revisit that decision. He offers the same transcript excerpt attached to his original motion. And the Government has responded, saying that it does not have Houston's photos. Houston has not proved that the Government has his photos. *See United States v. Oguaju*, 76 F. App'x 579, 581 (6th Cir. 2003). Houston's motion is therefore **DENIED**.

    **IT IS SO ORDERED.**

                                                  **UNITED STATES DISTRICT JUDGE**