# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

ROCKY JOE HOUSTON,        )
                            )
       *Petitioner*,         )
                            )
**v.**                          )     **No. 3:13-CR-9**
                            )        **3:16-CV-260**
**UNITED STATES OF AMERICA,**   )
                            )
       *Respondent*.      )

## MEMORANDUM OPINION AND ORDER

Before the Court is Rocky Houston's motion [D. 291] for the Court to reconsider its June 5, 2017 Memorandum Opinion and Judgment Order [D. 289, 290] denying Mr. Houston's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. Mr. Houston simultaneously appealed this Judgment to the Sixth Circuit, and on February 16, 2018, the Sixth Circuit denied Mr. Houston's application for a certificate of appealability [D. 295]. In doing so, the Sixth Circuit held that jurists of reason could not disagree with this Court's resolution of Mr. Houston's constitutional claims. The Court agrees with the Sixth Circuit's sound reasoning, and declines to reconsider its earlier Judgment. *Leisure Caviar, LLC v. U.S. Fish & Wildlife Serv.*, 616 F.3d 612, 615 (6th Cir. 2010) (noting that the district court has "considerable discretion" in deciding whether to grant a motion to alter a judgment under Rule 59(e)). Accordingly, Mr. Houston's motion for reconsideration [D. 68] is **DENIED.** Mr. Houston is advised that filing additional motions raising essentially the same claims yet again will lead to the same result.

Further, Mr. Houston is **ORDERED** to immediately inform the Court and the other parties or their counsel of record of any address changes in writing. Pursuant to Local Rule 83.13, it is the

duty of a *pro se* party to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. E.D. Tenn. L.R. 83.13. Failure to provide a correct address to this Court within fourteen days of any change in address may result in the dismissal of an action.

**IT IS SO ORDERED.**


_____
UNITED STATES DISTRICT JUDGE